SCAD-12-0000822

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

HARRY E. ELIASON, Respondent.

------------------------------------------------------------------

In Re Application for Reinstatement of

HARRY E. ELIASON, Applicant.

ORIGINAL PROCEEDING
(ODC 10-058-8892)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the record and the April 12, 2013 affidavit and petition for reinstatement submitted by Applicant Harry E. Eliason, it appears Applicant Eliason has, in accordance with Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), filed the required documents requesting reinstatement to the practice of law. It further appears that Applicant Eliason has fully complied with the conditions of his forty-five day suspension and complied with the conditions set forth by RSCH Rule 2.16. Therefore,

IT IS HEREBY ORDERED, pursuant to RSCH Rule 2.17(b), that Applicant Eliason is reinstated to the practice of law in the jurisdiction of the State of Hawaiʻi, effective upon entry of this order.

DATED:  Honolulu, Hawaiʻi, April 30, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

